UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Tuesday November 25, 2003
12:00 p.m.

CASE NO. 3:02cv893 MRK    DeOliveira v Liberty Mutual Insurance

Daniel L. FitzMaurice
Day, Berry & Howard
Cityplace
Hartford, CT 06103-3499


Laurence V. Parnoff
1566 Park Avenue
Bridgeport, CT 06604


Michelle I. Turner
Day, Berry & Howard
Cityplace I
185 Asylum Street
Hartford, CT 06103-3449


**STATUS CONFERENCE HELD**

DATE: 11/25/03

15 min.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK