UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANTONIO DEOLIVEIRA, | : | DOCKET NO. 3:02 CV 893(MRK) |
| Plaintiff, | : | |
| VS. | : | |
| LIBERTY MUTUAL INSURANCE CO. | : | |
| Defendant. | : | DECEMBER 5, 2003 |

## JOINT MOTION FOR STAY

Pursuant to 9 U.S.C. § 3 (2003) and Conn. Gen. Stat. §52-409 (2003), the parties jointly request that this action be stayed pending arbitration of matters in dispute in this action and reservation/certification of certain legal questions.

The parties have entered into a Case Management Agreement, a copy of which is attached hereto as Exhibit A, for the resolution of the disputes between them. Under the terms of this Case Management Agreement, the parties will (a) submit to binding arbitration all issues in this case as well as all issues in a case currently pending before the Connecticut Superior Court for the Judicial District of Fairfield at Bridgeport, entitled <u>Antonio DeOliveira v. Liberty Mutual Insurance Co.</u>, No. CV-96-0329390-S (the "State Action"); and (b) seek advice from the Connecticut Appellate Court or Connecticut Supreme Court as to three specific, dispositive legal questions, as set forth in Exhibit A, by way of a reservation of issues from the State Action and a certification from this Court. The parties have also filed a Joint Petition for Certification with this Court in order to effectuate the terms of their Case Management Agreement.

In light of this agreement, and of the Motion for Certification previously filed with this Court, the parties jointly request that the action be stayed in accordance with Section 3 of the Federal Arbitration Act, 9 U.S.C. § 3 and Conn. Gen. Stat. §52-409 and that no further

- 2 -

proceedings take place pending the outcome of both the arbitration and the reservation/ certification.  See also Minnesota Mutual Life Ins. Co. v. Ricciardello, No. 3:96CV2387(AHN), 1998 U.S. Dist. LEXIS 6721 (May 6, 1998) (granting motion to stay proceedings pending certification to the Connecticut Supreme Court)(attached as Exhibit B).

           PLAINTIFF,
           ANTONIO DEOLIVEIRA


By_____
      Laurence V. Parnoff (ct_____)
      Laurence V. Parnoff, P.C.
      1566 Park Avenue
      Bridgeport, CT  06604
      (203) 336-1861
      His Attorney

DEFENDANT,
LIBERTY MUTUAL INSURANCE CO.


By_____
      Daniel L. FitzMaurice (ct 05331)
      Michelle I. Turner (ct24012)
      Day, Berry & Howard LLP
      CityPlace I
      Hartford, CT 06103-3499
      (860) 275-0100
      Its Attorneys