UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ANTONIO DE OLIVEIRA

CASE NO.:  302 CV 893 DJS

VS.

LIBERTY MUTUAL INSURANCE CO.                    MAY 31, 2002

### MOTION TO REMAND

FACTS

The instant case arises from the tortious handling of the Plaintiff's Workers'
Compensation claim by Liberty Mutual Insurance Company, (hereafter "Liberty").  The
Plaintiff's Workers' Compensation claim was the subject of formal hearings in Stamford
Connecticut and were defended by Liberty in Stamford.  The Workers' Compensation
Commission found that the plaintiff's claim was unreasonably denied and unnecessarily
delayed by that denial.  That tortious conduct caused the plaintiff to suffer the
emotional/psychological injury found by the Commissioner to not be compensable under the
Workers' Compensation Act.

This suit by the plaintiff follows an **identical,** prior State Court suit against Liberty,
*Antonio De Oliveira, v. Liberty Mutual Insurance Co.*, Bridgeport Superior Court docket number
CV-96-0329390-S, which is still pending before the State Court (hereafter the "Prior Pending

Suit"). After jury selection in April of this year the trial judge suspended trial proceedings in the Prior Pending Suit. This suit simply picks up from any time the Prior Pending Suit may be found to be limited to by the trial judge -- the parties are awaiting the trial judge's decision on this and other questions which effect this suit, see **Exhibit A** attached.

A copy of the defendant's proposed "Stipulation for Reservation" listing some of the questions in the Prior Pending Suit is attached hereto as **Exhibit B**. This reservation itself is not complete, corrections and additions have been forwarded to defendant's counsel, is subject to review by the trial judge, and, most importantly, effects the proceedings in this identical case between the parties – albeit potentially for a different time period.

At the suggestion of the trial judge in the prior pending suit against Liberty, the parties have agreed to arbitrate the plaintiff's claims against Liberty in the Prior Pending Suit. And, with the trial judge's approval, the parties are preparing to petition the advice of the Appellate Court (or, upon transfer, the Supreme Court) upon the questions which effect the Plaintiff's claims against Liberty both in the Prior Pending Suit and in this case. The trial judge in the Prior Pending Suit has retained jurisdiction and control of the Prior Pending Suit against Liberty.

The complaint in this case, as in the Prior Pending suit, was served on the Insurance Commissioner of the State of Connecticut, who is the statutory agent for service of process for the Defendant, Liberty. Liberty's conduct of business in Connecticut is expressly and completely subject to the authority of Connecticut's Insurance Commission and Workers' Compensation Commission just as any resident of Connecticut would be.

In addition to the Plaintiff's Prior Pending Suit against Liberty, Liberty is presently both a plaintiff and defendant in a large number of pending State Court actions, see **Exhibit C**, attached. In fact, there is listed on **Exhibit C** one case, started this year, in which Liberty is

2

named as the plaintiff.

The Plaintiffs' complaint alleges breach of Liberty's Connecticut Workers' Compensation insurance contract, violation by the Defendant of the covenant of good faith and fair dealing, breach of its fiduciary and statutory duties owed by the Defendant to the Plaintiff, violation by the Defendant of the Connecticut Unfair Insurance Practices and Unfair Trade Practices Act.

The Defendant, on May 23, 2002, five days before the Return Date of this case, has filed a notice to remove this case to Federal Court based on diversity of jurisdiction.

ARGUMENT

The Defendants have moved to transfer the instant case to Federal Court claiming diversity of jurisdiction. Yet Liberty maintains at least two offices in Connecticut and, therefore, is a resident of Connecticut.

If, at any time before final judgment, it appears that a case was removed improvidently and without jurisdiction, 28 USC Section 1447 (c) directs the Court to remand the case to the State Court.

Because removal is purely a statutory right, removal status should be strictly construed in favor of State Court jurisdiction. *Shamrock Oil & Gas Corp. vs. Sheets*, 313 U.S. 100, 108-9, 61 S. Ct. 868, 872 (1941). It follows that in deciding a Motion to Remand any doubt ought to be resolved against removal. *Thomas vs. Kroger Co.*, 583 F. Supp. 1031, 1037 (W.D.W. Va. 1984); *Rosack vs. Volvo of America Corp.*, 421 F. Supp. 933, 937 (N.D. Cal. 1976).

The Defendant is authorized to conduct insurance business in the State of Connecticut and maintains offices in Connecticut. Although the Defendant may be incorporated elsewhere,

it does, nevertheless:

    (1)    "reside" in both Wallingford, CT and Glastonbury, CT, **Exhibit D**;

    (2)    conduct a substantial insurance business in the State of Connecticut; and

    (3)    operate within the State of Connecticut under the personal jurisdiction of both the State of Connecticut Insurance Commission and Workers' Compensation Commission; and

    (4)    authorize the State of Connecticut Insurance Commissioner to accept personal service for it.

The basis of the Defendants claim (that it is not a Connecticut Corporation) is insufficient, in and of itself to satisfy its burden for removal of the instant case to Federal Court.  This is especially so under the circumstances of this case in relation to the prior pending State Court suit against Liberty, Liberty's many pending State Court actions, and Liberty's maintaining at least two offices in Connecticut and hence, residing in Connecticut.

As a result of the foregoing, the Plaintiff requests that the instant case be remanded to the State of Connecticut Superior Court for the Judicial District of Fairfield at Bridgeport.

I hereby certify that a copy of the foregoing has been mailed today to Day, Berry & Howard One City Place, Hartford, CT 06103-3499

                    Attorney

THE PLAINTIFF BY:

LAURENCE V. PARNOFF, P.C.

BY: _____

LAURENCE V. PARNOFF, (ct 06706)

1566 Park Ave. Bridgeport, 06604-2502

Tel.: 203-336-1861;   Fax 203-336-1861

LAURENCE V. PARNOFF, P.C.
ATTORNEYS AND COUNSELORS AT LAW
1566 PARK AVENUE
BRIDGEPORT, CT 06604

Fax: (203)336-1863

: (203)336-1861

April 12, 2002

y, Berry & Howard Law Offices
y Place 1
artford, CT 06103-3499

BY FAX ONLY TO.:  (860) 275-0343

tention:    Attorney Daniel L. FitzMaurice

A

E:

CASE:    ANTONIO DEOLIVEIRA v. LIBERTY MUTUAL INSURANCE COMPANY

BRIDGEPORT SUPERIOR COURT DOCKET NO.:   CV-96 032 9390 S

DEPOSITION OF:  RICHARD W. HALL, THURSDAY, FEBRUARY 7, 2002, at 9:45 a.m.

Dear Attorney FitzMaurice:

While I await a transcript of all the court's orders, my recollection is that the court agreed with you that the complaint can not include conduct after either the date of the 1995 Complaint or the date of the 1999 Amended Complaint.  That may be "the law of the case."

It occurs to me, therefore, that unless you confirm your agreement that conduct after the date of the Complaint through the present is covered by the Complaint, I should institute another suit against Liberty to cover the intervening period to the extent possible.

If you can not confirm your agreement that conduct after the date of the Complaint through the present is covered by the Complaint, let me know if you have any special requirements for service on Liberty.

Very truly yours

LAURENCE V. PARNOFF

DOCKET NO. CV-96-0329390 S      :    SUPERIOR COURT

ANTONIO DEOLIVEIRA           :

VS.                               :    JUDICIAL DISTRICT OF FAIRFIELD

                                     :    AT BRIDGEPORT

LIBERTY MUTUAL INSURANCE CO.     :

                                     :    MAY 16, 2002

## STIPULATION FOR RESERVATION

Pursuant to Connecticut Practice Book § 73-1, the parties unite in requesting the court to reserve this action for the advice of the Appellate Court (or, upon transfer, the Supreme Court) upon the questions described below, and stipulate and agree as follows:

1.     **FACTUAL AND PROCEDURAL BACKGROUND**

The facts upon which the reserved question arises are as follows:

a.     The plaintiff, Antonio DeOliveira of Stratford, Connecticut, claims to have sustained a work-related injury on May 11, 1989, while employed by Ross & Roberts, Inc. ("Ross & Roberts").

b.     The defendant, Liberty Mutual Insurance Company ("Liberty"), a Massachusetts company authorized to do business in the State of Connecticut, issued a workers compensation insurance policy to Ross & Roberts.

**Workers Compensation Proceedings**

c.    On May 25, 1989, Plaintiff filed a claim under the Workers Compensation Act, Conn. Gen. Stat. § 31-275 et seq., seeking compensation for the plaintiff's back injury. He subsequently added a request for alleged psychological injuries secondary to his back injury.

d.    During the workers' compensation proceedings, Plaintiff pursued all remedies available to him in that forum, including claims for attorneys' fees, interest, and undue delay interest as provided for by statute. See, e.g., Conn. Gen. Stat. §§ 31-288, 31-300 (2000).

e.    After a series of hearings, the Workers' Compensation Commission found on March 30, 1995 that Plaintiff had sustained a compensable back injury and awarded him temporary benefits related to that injury (attached hereto as Ex. A.) The Commission found that Ross & Roberts, the plaintiff's employer, had unreasonably contested the back injury and awarded the plaintiff attorneys' fees under Conn. Gen. Stat. § 31-300. (Id. at 10.) In addition, the Commission found that the plaintiff's emotional and psychological problems were not the result of his back injury and that the Respondents had reasonably denied the emotional/ psychological claim. (Id. at 9-10.)

**DeOliveira v. Liberty Mutual Insurance Company**

     f.     Plaintiff initially filed a complaint against defendant Liberty Mutual and Ross & Roberts, Inc., on October 3, 1990 (attached hereto as Ex. B). This action was dismissed on December 8, 1995 due to the plaintiff's failure to prosecute with reasonable diligence. Plaintiff did not move to open the judgment of dismissal.

     g.     On December 20, 1995, Plaintiff filed this lawsuit against Liberty seeking damages arising out of Liberty's handling of plaintiff's workers compensation claim. The operative Revised Complaint dated December 6, 1999 ("Complaint" attached hereto as Ex. C), attempts to state causes of action for negligence (First Count), intentional tort (Second Count), recklessness (Third Count), breach of the implied covenant of good faith and fair dealing (Fourth Count), intentional infliction of emotional distress (Fifth Count), negligent infliction of emotional distress (Sixth Count), and violation of CUIPA as a basis for a violation of CUTPA (Seventh Count).

     h.     On October 16, 2000, Liberty's filed the now-operative Amended Answer and Special Defenses to Plaintiff's Revised Complaint dated December 16, 1999 (attached hereto as Ex. D).

     i.     Plaintiff filed his Reply to Special Defenses on June 21, 2000 (attached hereto as Ex. E).

j.    On March 26, 2001, Liberty filed a Motion for Summary Judgment and Memorandum of Law in Support of its Motion for Summary Judgment (attached hereto as Ex. F) making the following arguments:

(1)    that Plaintiff's claims were barred by the exclusivity provision of the Workers' Compensation Act, Conn. Gen. Stat. § 31-284(a), and that he could not bring a civil action to recover damages for undue delay, unreasonable contest or improperly terminating or reducing benefits.

(2)    that, should the Court decide to adopt the line of cases finding an exception to the Workers' Compensation Act's exclusivity provision, only those counts alleging intentional misconduct would survive.

k.    On May 11, 2001, Plaintiff filed a Motion to Compel Production (attached hereto as Ex. G).

l.    On May 22, 2001, Liberty filed its Objection to Plaintiff's Motion to Compel Production (attached hereto as Ex. H).

m.    On March 26, 2002, Plaintiff filed a Motion for Imposition of P.B. § 13-14 Sanctions for Failure to Answer Fairly Interrogatories and Production Requests (attached hereto as Ex. I).

n.    On March 28, 20002, Liberty filed a Motion in Limine to Preclude All Evidence Of Privileged Communications (attached hereto as Ex. J).

o.    On April 2, 2002, Liberty filed an Objection to Plaintiff's Motion for Imposition of P.B. § 13-14 Sanctions for Failure to Answer Fairly Interrogatories and Production Requests (attached hereto as Ex. K).

p.    On April 4, 2002, Liberty filed a Supplemental Opposition to Production of Information Protected by the Attorney-Client Privilege and "Opinion" Work Product Immunity (attached hereto as Ex. L).

q.    On April 4, 2002, Liberty filed a Reply to Plaintiff's Opposition to Motion for Summary Judgment and Motion In Limine to Preclude All Evidence of Non-actionable Conduct (attached hereto as Ex. M).

r.    On April 6, 2002, Plaintiff filed his Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment (attached hereto as Ex. N).

s.    On April 8, 2002, Liberty filed its Memorandum Of Law In Opposition To Plaintiff's Motion For Summary Judgment And In Reply To Plaintiff's Opposition To Defendant's Motion For Summary Judgment (attached hereto as Ex. O).

t.    On April 11, 2002, the parties agreed to arbitrate and concurrently reserve these questions to the Appellate Court.

2.    **RESERVED QUESTIONS**

The questions upon which advice is desired are as follows:

1.    Does the plaintiff's recourse for an insurer's alleged improper handling of a workers' compensation claim fall exclusively within the jurisdiction of the workers' compensation commission?

2.    If the answer to question 1 is no, is the plaintiff restricted to pursuing only those claims that allege the defendant intentionally or deliberately harmed the plaintiff?

3.    If the answer to question 1 is no, may the plaintiff initiate suit without first exhausting the remedies provided in the workers' compensation system?

4.    Do communications between a worker's compensation insurer and its counsel during the course of contested proceedings remain protected by the attorney-client privilege when the claimant later sues the insurer alleging bad faith and improper denial of the worker's compensation claim?

3.    **IMPORTANCE OF THE RESERVED QUESTION TO A DETERMINATION OF THE CASE.**

The answer to the reserved question will determine, or is reasonably certain to enter into the determination of, the case.

4.    **INTERESTS SERVED BY ANSWERING THE RESERVED QUESTION.**

After thirteen years of extensive litigation between these parties, important questions of state law remain unresolved. Moreover, judges and litigants throughout Connecticut have devoted significant resources to these unresolved issues regarding claims of bad faith arising out of worker's compensation. To date, in one form or another, matters concerning the reserved questions have come before the United States District Court, the United States Court of Appeals, and the Connecticut Superior Court. The superior courts are deeply divided with regard to the issue of whether a plaintiff can seek relief outside of the jurisdiction of the Workers Compensation Commission and in excess of the remedies provided in the Workers Compensation Act and, if so, the scope of the relief afforded (Questions 1 through 3). Compare Nicolelli v. Continental Cas. Co., No. 414441, 1999 Conn. Super. LEXIS 2759, at *3-4 (Conn. Super. Ct. Oct. 13, 1999); Brosnan v. Sacred Heart Univ., No. 333544, 1997 Conn. Super. LEXIS 2815, at *10-51 (Conn. Super. Ct. Oct. 21, 1997), with Silano v. Hartford Underwriters Ins. Co., No. CV96329388, 2000 Conn. Super. LEXIS 2503 (Conn. Super. Ct. Sept. 15, 2000) (and cases cited therein).

The present determination of these questions will be in the interest of simplicity, directness, and economy in judicial action because they are the core legal allegations in this action and numerous other proceedings.

                                        PLAINTIFF,
                                        ANTONIO DEOLIVEIRA

-7-

# State of Connecticut
# Judicial Branch

Case Look-up

<u>Go back to menu</u>

## Party Name search results as of 5/29/2002



<u>Comments Page</u>

Case detail can be viewed by clicking on the Docket No.

| Party Name | Case Name | Docket No. | Court Location | Pty No. | Pltf/Def. | Pro Se |
|---|---|---|---|---|---|---|
| LIBERTY MUTUAL | PRANCUK DANIEL V. CAPOZZIELLO CATHERIN | CV-00-0370822-S | Bridgeport | 52 | D | |
| LIBERTY MUTUAL | CRUDUP ELLISH V. LAND AIR TRANSPORT I | CV-96-0339107-S | Bridgeport | 52 | D | |
| LIBERTY MUTUAL | LIBERTY MUTUAL V. ROOSEVELT BUILDING | CV-98-0076680-S | Litchfield | 01 | P | |
| LIBERTY MUTUAL | DELL'ORO,FLORA S V. LIBERTY MUTUAL | CV-02-0463699-S | New Haven | 50 | D | |
| LIBERTY MUTUAL | DUFOUR, STEPHANIE V. LIBERTY MUTUAL | CV-01-0165555-S | Waterbury | 50 | D | |
| LIBERTY MUTUAL COMPANY AKA LIBERTY MUT | VELAZQUEZ KELVYN V. LIBERTY MUTUAL CO | CV-01-0382852-S | Bridgeport | 50 | D | |
| LIBERTY MUTUAL FIRE INS. CO. | MOSQUERA,JOSE V. LIBERTY MUTUAL FIRE | CV-99-0429743-S | New Haven | 50 | D | |
| LIBERTY MUTUAL FIRE INS. CO. | TOMASELLO, CHRISTINE V. LIBERTY MUTUAL FIRE | CV-01-0168706-S | Waterbury | 50 | D | |
| LIBERTY MUTUAL FIRE INS. CO. | LEBLANC, DAVID V. LIBERTY MUTUAL FIRE | CV-01-0168707-S | Waterbury | 50 | D | |
| LIBERTY MUTUAL FIRE INS. CO. | ANDERSON,CAROL L V. CONN.LIMOUSINE | CV-96-0133752-S | Waterbury | 52 | D | |
| LIBERTY MUTUAL FIRE INSURANCE | ACKERMANN,CAMILLE V. LIBERTY MUTUAL FIRE | CV-01-0453292-S | New Haven | 50 | D | |
| LIBERTY MUTUAL FIRE INSURANCE | TANCRETI,LEO JR. V. TILCON CONN. INC. | CV-99-0430881-S | New Haven | 51 | D | |
| LIBERTY MUTUAL FIRE INSURANCE | DANGLER,JEFFERSON V. LIBERTY MUTUAL | CV-02-0189001-S | Stamford | 50 | D | |
| LIBERTY MUTUAL FIRE INSURANCE CO | LEAVITT DANIEL V. LIBERTY MUTUAL FIRE | CV-01-0380779-S | Bridgeport | 50 | D | |
| LIBERTY MUTUAL FIRE INSURANCE CO | SEABROOK JANEE V. LIBERTY MUTUAL | CV-02-0392729-S | Bridgeport | 50 | D | |
| LIBERTY MUTUAL FIRE INSURANCE CO | SMITH KEMPLOY V. LIBERTY MUTUAL FIRE | CV-98-0357163-S | Bridgeport | 50 | D | |
| LIBERTY MUTUAL FIRE INSURANCE CO | PRZYBYLKO TADEUSZ V. PURCELL STEPHEN | CV-98-0357952-S | Bridgeport | 51 | D | |
| LIBERTY MUTUAL FIRE INSURANCE CO | LERGOS, MANOLIS V. LIBERTY MUTUAL FIRE | CV-00-0802687-S | Hartford | 50 | D | |
| LIBERTY MUTUAL FIRE INSURANCE CO | BURDICK, CHRISTINE V. MORIN, REGINALD | CV-01-0806291-S | Hartford | 53 | D | |
| LIBERTY MUTUAL FIRE INSURANCE CO | POGG, NANCY V. LIBERTY MUTUAL FIRE | CV-01-0807906-S | Hartford | 50 | D | |
| LIBERTY MUTUAL FIRE INSURANCE CO | MARTIN, TARIK V. LIBERTY MUTUAL | CV-01-0809014-S | Hartford | 50 | D | |
| LIBERTY MUTUAL FIRE INSURANCE CO | ARPAIA,KIMBERLY V. LIBERTY MUTUAL FIRE | CV-01-0448619-S | New Haven | 50 | D | |
| LIBERTY MUTUAL FIRE INSURANCE CO | CAMACHO,DAVID V. GARY,MONIQUE M | CV-01-0453069-S | New Haven | 52 | D | |
| LIBERTY MUTUAL FIRE INSURANCE CO | LIBERTY MUTUAL V. ZIZZO,MATTHEW | CV-00-0179681-S | Stamford | 01 | P | |
| LIBERTY MUTUAL FIRE INSURANCE CO | SCOGNAMIGLIO,ANNETTE V. LIBERTY MUTUAL | CV-02-0189085-S | Stamford | 50 | D | |
| LIBERTY MUTUAL FIRE INSURANCE CO | SEO,YONG SUK V. CID,GILBERTO | CV-97-0162202-S | Stamford | 51 | D | |
| LIBERTY MUTUAL FIRE INSURANCE CO | GENDREAU,NICKY V. HUGHES,TREVOR | CV-99-0171502-S | Stamford | 52 | D | |
| LIBERTY MUTUAL FIRE | NEWSOME, DANELLE V. | | | | | |

Party Name Inquiry

| | | | | | |
|---|---|---|---|---|---|
| INSURANCE CO | NATIONWIDE MUTUAL | CV-00-0162078-S | Waterbury | 51 | D |
| LIBERTY MUTUAL FIRE INSURANCE CO. | GUZMAN VANESSA V. LIBERTY MUTUAL FIRE | CV-00-0377154-S | Bridgeport | 50 | D |
| LIBERTY MUTUAL FIRE INSURANCE CO. | OZARK,KEVIN V. LIBERTY MUTUAL FIRE | CV-00-0502235-S | New Britain | 50 | D |
| LIBERTY MUTUAL FIRE INSURANCE CO. | CORJULO,ANDREW V. LIBERTY MUTUAL FIRE | CV-02-0512076-S | New Britain | 50 | D |
| LIBERTY MUTUAL FIRE INSURANCE CO. | LIBERTY MUTUAL FIRE V. SUSKI,JOAN | CV-99-0493988-S | New Britain | 01 | P |
| LIBERTY MUTUAL FIRE INSURANCE CO. | KRIZSAN,JOHN O. V. LIBERTY MUTUAL FIRE | CV-99-0433520-S | New Haven | 50 | D |
| LIBERTY MUTUAL FIRE INSURANCE CO. | LEVASSEUR, CAROLINE V. LIBERTY MUTUAL FIRE | CV-02-0169197-S | Waterbury | 50 | D |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | D'AIUTO SANDRA V. LIBERTY MUTUAL FIRE | CV-02-0388997-S | Bridgeport | 50 | D |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | STILU CONSTANTIN V. LIBERTY MUTUAL | CV-02-0393136-S | Bridgeport | 50 | D |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | O'NEIL,KASEY V. LIBERTY MUTUAL FIRE | CV-02-0345987-S | Danbury | 50 | D |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | NAUGHTON,MEGAN V. LIBERTY MUTUAL FIRE | CV-99-0336742-S | Danbury | 50 | D |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | KELLY, CHARMAINE V. STEELE, ALICIA | CV-00-0597760-S | Hartford | 52 | D |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | ALMQUIST, LINDSEY V. WESTON, EDWARD | CV-01-0809387-S | Hartford | 51 | D |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | DION, DEREK V. LIBERTY MUT FIRE | CV-02-0813186-S | Hartford | 50 | D |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | HEARN, MAUREEN V. NGUYEN, ROSA | CV-02-0814575-S | Hartford | 52 | D |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | BERUBE, MICHELLE V. MCKEON, DARLENE | CV-02-0816031-S | Hartford | 52 | D |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | SHOREY,CLAUDE V. LIBERTY MUTUAL FIRE | CV-00-0500042-S | New Britain | 50 | D |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | BASSETT,ALBERT,JR. V. KENNETH,KOHNASKI | CV-00-0505552-S | New Britain | 51 | D |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | MILLER,DAVID V. LIBERTY MUTUAL FIRE | CV-01-0506089-S | New Britain | 50 | D |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | RONEX CORPORATION V. LIBERTY MUTUAL FIRE | CV-98-0487336-S | New Britain | 50 | D |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | MASTRIANNI,DAMON V. LIBERTY MUTUAL FIRE | CV-01-0447546-S | New Haven | 50 | D |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | VITALE,JENNIFER V. ZAVAGLIA,ANTHONY | CV-01-0458497-S | New Haven | 51 | D |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | MIRANDA,DANIELLE V. LIBERTY MUTUAL FIRE | CV-01-0458536-S | New Haven | 50 | D |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | NATALINO, RONALD V. LIBERTY MUTUAL FIRE | CV-02-0461169-S | New Haven | 50 | D |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | DENTON,DONALD V. LIBERTY MUTUAL FIRE | CV-02-0461223-S | New Haven | 50 | D |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | MATTEO, JOSEPH V. ALVAREZ, JORGE | CV-97-0396697-S | New Haven | 52 | D |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | BIASE,DOUGLAS J V. LIBERTY MUT FIRE INS | CV-97-0406483-S | New Haven | 50 | D |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | LIBERTY MUTUAL INS V. D J KING INCORPORAT | CV-98-0414808-S | New Haven | 02 | P |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | CASTELLON,MAYA V. LIBERTY MUT FIRE INS | CV-98-0418828-S | New Haven | 50 | D |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | SPENCER,JODI V. LIBERTY MUT FIRE INS | CV-98-0420544-S | New Haven | 50 | D |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | CORSO,SALVATORE V. ROBINSON,KENISHA | CV-99-0427865-S | New Haven | 52 | D |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | ARCHER,SHAWN V. LIBERTY MUTUAL | CV-02-0560602-S | New London | 50 | D |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | WICKES,KEVIN V. LIBERTY MUTUAL | CV-98-0546755-S | New London | 50 | D |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | OUELLETTE,MARY LOU V. LIBERTY MUTUAL | CV-99-0553186-S | New London | 50 | D |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | DAVIS, YVONNE V. LIBERTY MUTUAL FIRE | CV-00-0175963-S | Stamford | 50 | D |

| | | | | | |
|---|---|---|---|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | GRECHIKA, PATRICIA V. LIBERTY MUTUAL FIRE | CV-00-0159540-S | Waterbury | 50 | D |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | LEWIS, DONALD V. LIBERTY MUTUAL FIRE | CV-01-0166252-S | Waterbury | 50 | D |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | POWELL,LUANN V. LIBERTY MUTUAL FIRE | CV-98-0144411-S | Waterbury | 50 | D |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | LALUS,LINDA V. LIBERTY MUTUAL | CV-98-0150116-S | Waterbury | 50 | D |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | SOTO,EDWIN V. LIBERTY MUTUAL FIRE | CV-99-0155029-S | Waterbury | 50 | D |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | CARISIO,FRANCIS V. THE TRAVELERS | CV-99-0155854-S | Waterbury | 52 | D |
| LIBERTY MUTUAL GROUP | MATOS,BENIGNO V. MICHIGAN MUTAL INSUR | CV-01-0341566-S | Danbury | 51 | D |
| LIBERTY MUTUAL GROUP | BORER,JOSEPH V. MIRABILIO,CATHERINE | CV-98-0415902-S | New Haven | 51 | D |
| LIBERTY MUTUAL GROUP | VOYTEK,LESA V. LIBERTY MUTUAL GROUP | CV-99-0432995-S | New Haven | 50 | D |
| LIBERTY MUTUAL GROUP AKA | TWEEDIE, JOHN V. LIBERTY MUTUAL | CV-01-0808391-S | Hartford | 50 | D |
| LIBERTY MUTUAL INS CO | HOLLOWAY JOSE V. LIBERTY MUTUAL INS | CV-00-0369472-S | Bridgeport | 50 | D |
| LIBERTY MUTUAL INS CO | EASTERN METAL WORKS V. HRH/ATLAS CONSTRUCTI | CV-01-0380229-S | Bridgeport | 51 | D |
| LIBERTY MUTUAL INS CO | LIBERTY MUTUAL INS C V. GASPAR JUSTINO DBA V | CV-98-0356837-S | Bridgeport | 01 | P |
| LIBERTY MUTUAL INS CO | LIBERTY MUTUAL INS V. NORTHEAST RESTORATIO | CV-99-0364149-S | Bridgeport | 01 | P |
| LIBERTY MUTUAL INS CO | LIBERTY MUTUAL INS V. DELUCIA MICHAEL | CV-99-0365954-S | Bridgeport | 01 | P |
| LIBERTY MUTUAL INS CO | WEINSTEIN, NANCY V. WAKEFIELD, JOHN | CV-00-0597589-S | Hartford | 51 | D |
| LIBERTY MUTUAL INS CO | DAIGNEAULT,LAURA V. RIGGS,CJ | CV-00-0556613-S | New London | 51 | D |
| LIBERTY MUTUAL INS COMPANY | LIBERTY MUTUAL INS V. MCKAY,LYNORIA | CV-01-0456491-S | New Haven | 01 | P |
| LIBERTY MUTUAL INS. CO. | LIBERTY MUTUAL INS. V. LEWIS, JEFFREY D. | CV-99-0585731-S | Hartford | 01 | P |
| LIBERTY MUTUAL INSURANCE | HOLMES, ANDREW V. LIBERTY MUTUAL INSUR | CV-99-0594219-S | Hartford | 50 | D |
| LIBERTY MUTUAL INSURANCE | AUTO GLASS EXPRESS V. LIBERTY MUTUAL INS. | CV-01-0509391-S | New Britain | 50 | D |
| LIBERTY MUTUAL INSURANCE | HOUSE,DANIEL V. LIBERTY MUTUAL | CV-00-0177723-S | Stamford | 50 | D |
| LIBERTY MUTUAL INSURANCE | BTE V. HRH/ATLAS | CV-01-0183630-S | Stamford | 51 | D |
| LIBERTY MUTUAL INSURANCE | ALMEIDA, MICHAEL V. LIBERTY MUTUAL INSUR | CV-93-0114431-S | Waterbury | 50 | D |
| LIBERTY MUTUAL INSURANCE CO | STEVENSON LUMBER CO V. HRH/ATLAS CONST INC | CV-00-0378095-S | Bridgeport | 51 | D |
| LIBERTY MUTUAL INSURANCE CO | LYNCH TIMOTHY V. TRAMPOSCH STEVEN | CV-00-0379052-S | Bridgeport | 52 | D |
| LIBERTY MUTUAL INSURANCE CO | LIBERTY MUTUAL INS C V. ROLLER BEARING CO/AM | CV-01-0380297-S | Bridgeport | 01 | P |
| LIBERTY MUTUAL INSURANCE CO | R & L ACOUSTICS INC V. LIBERTY MUTUAL INS | CV-01-0380506-S | Bridgeport | 50 | D |
| LIBERTY MUTUAL INSURANCE CO | INDUSTRIAL WINDOW V. LIBERTY MUTUAL INS | CV-01-0381404-S | Bridgeport | 50 | D |
| LIBERTY MUTUAL INSURANCE CO | VILLANUEVA JUANITA V. LIBERTY MUTUAL INS | CV-01-0382783-S | Bridgeport | 50 | D |
| LIBERTY MUTUAL INSURANCE CO | HARGRAVE ANNETTE V. LIBERTY MUTUAL INS | CV-02-0392307-S | Bridgeport | 50 | D |
| LIBERTY MUTUAL INSURANCE CO | DE OLIVEIRA ANTONIO V. LIBERTY MUTUAL INS | CV-96-0329390-S | Bridgeport | 50 | D |
| LIBERTY MUTUAL INSURANCE CO | LAZZARA JOSEPH V. LIBERTY MUTUAL INS | CV-98-0352790-S | Bridgeport | 50 | D |
| LIBERTY MUTUAL INSURANCE CO | SANTONE CAROLYN V. LIBERTY MUTUAL INS C | CV-98-0354105-S | Bridgeport | 50 | D |
| LIBERTY MUTUAL INSURANCE CO | JEFFREYS CYNTHIA V. TOBIN SHAWN | CV-98-0357181-S | Bridgeport | 51 | D |

| | | | | | |
|---|---|---|---|---|---|
| LIBERTY MUTUAL INSURANCE CO | LIBERTY MUTUAL INS C V. GONZALEZ PETER | CV-99-0361837-S | Bridgeport | 01 | P |
| LIBERTY MUTUAL INSURANCE CO | LIBERTY MUTUAL INS V. HICKS MICHAEL | CV-99-0365622-S | Bridgeport | 01 | P |
| LIBERTY MUTUAL INSURANCE CO | RITCHIE, LAURA V. JOHNSON, ALFONZO | CV-00-0595743-S | Hartford | 52 | D |
| LIBERTY MUTUAL INSURANCE CO | MAURAIS, MARGUERITE V. LIBERTY MUTUAL INS | CV-00-0599379-S | Hartford | 50 | D |
| LIBERTY MUTUAL INSURANCE CO | LIBERTY MUTUAL INSUR V. BROWN, SCOT K | CV-00-0801329-S | Hartford | 01 | P |
| LIBERTY MUTUAL INSURANCE CO | LIBERTY MUTUAL INSUR V. AYALA, MARIA | CV-01-0807611-S | Hartford | 01 | P |
| LIBERTY MUTUAL INSURANCE CO | MARJAM SUPPLY CO V. LIBERTY MUTUAL INSUR | CV-01-0809871-S | Hartford | 50 | D |
| LIBERTY MUTUAL INSURANCE CO | GASIOR-DUK, TERESA V. LIBERTY MUTUAL INSUR | CV-01-0810104-S | Hartford | 50 | D |
| LIBERTY MUTUAL INSURANCE CO | EMPLOYERS INSURANCE V. DEXTER CORPORATION | CV-02-0814524-S | Hartford | 52 | D |
| LIBERTY MUTUAL INSURANCE CO | DANIEL,MICHAEL V. PARADIS,JERROLD | CV-96-0565169-S | Hartford | 02 | P |
| LIBERTY MUTUAL INSURANCE CO | LIBERTY MUTUAL INS V. SWEENEY TRANSPORT | CV-98-0581081-S | Hartford | 01 | P |
| LIBERTY MUTUAL INSURANCE CO | FONTANELLA,MICHAEL V. MARCUCCI,FRANK S | CV-98-0419358-S | New Haven | 52 | D |
| LIBERTY MUTUAL INSURANCE CO | LIBERTY MUTUAL V. R P N CONSTRUCTION | CV-00-0177156-S | Stamford | 01 | P |
| LIBERTY MUTUAL INSURANCE CO | SERRICCHIO,MICHAEL V. LIBERTY MUTUAL | CV-00-0178826-S | Stamford | 50 | D |
| LIBERTY MUTUAL INSURANCE CO | GSE LINING TECH V. VIKING CONSTRUCTION | CV-01-0182013-S | Stamford | 51 | D |
| LIBERTY MUTUAL INSURANCE CO | LIBERTY MUTUAL V. GUO,ZHEN YI | CV-01-0183111-S | Stamford | 01 | P |
| LIBERTY MUTUAL INSURANCE CO | CAPPIELLO,ANITA V. LIBERTY MUTUAL | CV-01-0186165-S | Stamford | 50 | D |
| LIBERTY MUTUAL INSURANCE CO | MACKENZIE PAINTING V. HRH/ATLAS CONSTRUCTI | CV-01-0186431-S | Stamford | 51 | D |
| LIBERTY MUTUAL INSURANCE CO | LIBERTY MUTUAL V. ZLE INC | CV-01-0186898-S | Stamford | 01 | P |
| LIBERTY MUTUAL INSURANCE CO | JOSEPH A ZANDRI INC V. VIKING CONSTRUCTION | CV-02-0188503-S | Stamford | 51 | D |
| LIBERTY MUTUAL INSURANCE CO | COVILLE,LISA V. LIBERTY MUTUAL | CV-93-0135040-S | Stamford | 50 | D |
| LIBERTY MUTUAL INSURANCE CO | MCCUE,GLENN V. LIBERTY MUTUAL | CV-97-0162524-S | Stamford | 50 | D |
| LIBERTY MUTUAL INSURANCE CO | CIVES CORPORATION V. GREENWICH HOSPITAL | CV-99-0172069-S | Stamford | 52 | D |
| LIBERTY MUTUAL INSURANCE CO | CENTURION GROUP V. HRH/ATLAS CONSTRUCTI | CV-99-0172425-S | Stamford | 51 | D |
| LIBERTY MUTUAL INSURANCE CO | SIEMENS BUILDING V. MORGANTI NATIONAL | CV-00-0163608-S | Waterbury | 52 | D |
| LIBERTY MUTUAL INSURANCE CO | ARROW ELECTRONICS V. FEDERAL INSURANCE CO | CV-00-0167080-S | Waterbury | 52 | D |
| LIBERTY MUTUAL INSURANCE CO | KELLEY BROS V. MORGANTI NATIONAL IN | CV-01-0164743-S | Waterbury | 54 | D |
| LIBERTY MUTUAL INSURANCE CO | ELMSFORD SHEET METAL V. MORGANTI NATIONAL | CV-01-0165566-S | Waterbury | 52 | D |
| LIBERTY MUTUAL INSURANCE CO | CENTRIFUGAL/MECHANIC V. MORGANTI NATIONAL | CV-01-0167488-S | Waterbury | 52 | D |
| LIBERTY MUTUAL INSURANCE CO | LIBERTY MUTUAL INS V. DELREGNO, SALVATORE | CV-91-0105969-S | Waterbury | 01 | P |
| LIBERTY MUTUAL INSURANCE CO INC | FISHMAN, HELEN TRS V. PRESTA, WILLIAM J | CV-99-0592651-S | Hartford | 54 | D |
| LIBERTY MUTUAL INSURANCE CO. | FUSCO BARBARA V. ALLSTATE INSURANCE | CV-00-0377108-S | Bridgeport | 51 | D |
| LIBERTY MUTUAL INSURANCE CO. | LIBERTY MUTUAL INSUR V. BLUE SPRUCE TREE SER | CV-01-0380855-S | Bridgeport | 01 | P |
| LIBERTY MUTUAL INSURANCE CO. | DE OLIVEIRA ANTONIO V. LIBERTY MUTUAL INSUR | CV-02-0392840-S | Bridgeport | 50 | D |
| LIBERTY MUTUAL INSURANCE CO. | FORNABAIO,LOUISE V. LIBERTY MUTUAL INSUR | CV-02-0345858-S | Danbury | 50 | D |

| | | | | | |
|---|---|---|---|---|---|
| LIBERTY MUTUAL INSURANCE CO. | RICHARDS,KEVIN A. V. DEATON,EDWARD A/K/A/ | CV-92-0309417-S | Danbury | 52 | D |
| LIBERTY MUTUAL INSURANCE CO. | CT. HOUSING FINANCE V. MCCRAY, CAROLYN E. | CV-97-0568833-S | Hartford | 54 | D |
| LIBERTY MUTUAL INSURANCE CO. | LIBERTY MUTUAL INS V. BRUNOLI, MODESTO | CV-99-0589589-S | Hartford | 01 | P |
| LIBERTY MUTUAL INSURANCE CO. | LIBERTY MUTUAL V. BIGOS, MARK | CV-00-0081593-S | Litchfield | 01 | P |
| LIBERTY MUTUAL INSURANCE CO. | TEL-RAD INC. V. WORTH CONSTRUCTION | CV-01-0085885-S | Litchfield | 51 | D |
| LIBERTY MUTUAL INSURANCE CO. | LIBERTY MUTUAL INS. V. VALLE,EVELYN | CV-02-0512749-S | New Britain | 01 | P |
| LIBERTY MUTUAL INSURANCE CO. | LIBERTY MUTUAL FIRE V. SUSKI,JOAN | CV-99-0493988-S | New Britain | 02 | P |
| LIBERTY MUTUAL INSURANCE CO. | LIBERTY MUTUAL INS V. SMITH,MICHELLE | CV-85-0378820-S | New Haven | 01 | P |
| LIBERTY MUTUAL INSURANCE CO. | NICHOLS,ORTILIA V. LIBERTY MUTUAL INS. | CV-99-0431685-S | New Haven | 50 | D |
| LIBERTY MUTUAL INSURANCE CO. | SZELIGOWSKI, ANNE V. LIBERTY MUTUAL INS | CV-01-0162606-S | Waterbury | 50 | D |
| LIBERTY MUTUAL INSURANCE CO. | LIBERTY MUTUAL INS. V. GAYOWSKI,PETER | CV-91-0101411-S | Waterbury | 01 | P |
| LIBERTY MUTUAL INSURANCE CO. | JEDOW,ALLYSON V. HELD,FREDERICK | CV-97-0142124-S | Waterbury | 52 | D |
| LIBERTY MUTUAL INSURANCE CO. | DANBURY/CITY OF V. CONNECTICUT INTERLOC | CV-98-0166984-S | Waterbury | 56 | D |
| LIBERTY MUTUAL INSURANCE CO. | LIBERTY MUTUAL INSUR V. TRAYNER ENTERPRISES | CV-01-0065113-S | Windham | 01 | P |
| LIBERTY MUTUAL INSURANCE CO. | LIBERTY MUTUAL INS V. WARNER, JOSEPH | CV-97-0054912-S | Windham | 01 | P |
| LIBERTY MUTUAL INSURANCE CO. S (TPCOMP | THE HARTFORD V. ST.PIERRE,LARRY | CV-00-0501484-S | New Britain | 51 | D |
| LIBERTY MUTUAL INSURANCE COMPANY | MCPADDEN JEFFREY L V. LIBERTY MUTUAL INS | CV-00-0370921-S | Bridgeport | 50 | D |
| LIBERTY MUTUAL INSURANCE COMPANY | LIBERTY MUTUAL INS V. FERGUSON PETER | CV-00-0371572-S | Bridgeport | 01 | P |
| LIBERTY MUTUAL INSURANCE COMPANY | LYNCH TIMOTHY V. TRAMPOSCH STEVEN | CV-00-0379582-S | Bridgeport | 52 | D |
| LIBERTY MUTUAL INSURANCE COMPANY | INDUSTRIAL WINDOW V. LIBERTY MUTUAL INS | CV-01-0381404-S | Bridgeport | 02 | P |
| LIBERTY MUTUAL INSURANCE COMPANY | LIBERTY MUTUAL INS V. MICHAEL KATHERINE | CV-01-0382732-S | Bridgeport | 01 | P |
| LIBERTY MUTUAL INSURANCE COMPANY | SANTOS FOUNDATIONS V. HRH ATLAS CONST INC | CV-01-0386043-S | Bridgeport | 51 | D |
| LIBERTY MUTUAL INSURANCE COMPANY | WATERS CONSTRUCTION V. HRH/ATLAS CONSTRUCT | CV-01-0387110-S | Bridgeport | 51 | D |
| LIBERTY MUTUAL INSURANCE COMPANY | LIBERTY MUTUAL INS V. MELITA ROBERT | CV-01-0393926-S | Bridgeport | 01 | P |
| LIBERTY MUTUAL INSURANCE COMPANY | MESIDOR JULES V. LIBERTY MUTUAL INS | CV-02-0390706-S | Bridgeport | 50 | D |
| LIBERTY MUTUAL INSURANCE COMPANY | CLOUTIER YVONNE V. LIBERTY MUTUAL INS | CV-90-0278184-S | Bridgeport | 50 | D |
| LIBERTY MUTUAL INSURANCE COMPANY | RYDINGSWORD ROY V. LIBERTY MUTUAL INS | CV-91-0280884-S | Bridgeport | 50 | D |
| LIBERTY MUTUAL INSURANCE COMPANY | LIBERTY MUTUAL INS V. A ADVANCE RELOCATION | CV-97-0341161-S | Bridgeport | 01 | P |
| LIBERTY MUTUAL INSURANCE COMPANY | LIBERTY MUTUAL INSUR V. DELEON,MIGUEL A. | CV-00-0339225-S | Danbury | 01 | P |
| LIBERTY MUTUAL INSURANCE COMPANY | LIBERTY MUTUAL INSUR V. GERVAIS,DOMINIQUE | CV-00-0341178-S | Danbury | 01 | P |
| LIBERTY MUTUAL INSURANCE COMPANY | HENRY,KRISTEN V. MCCUE,JOHN J. | CV-02-0344929-S | Danbury | 53 | D |
| LIBERTY MUTUAL INSURANCE COMPANY | SAM,PHEAP CHAMREUN V. SAM,KOSAL | CV-02-0345995-S | Danbury | 52 | D |
| LIBERTY MUTUAL INSURANCE COMPANY | JENKINS, ELIZABETH V. LIBERTY MUTUAL INS. | CV-00-0598430-S | Hartford | 50 | D |
| LIBERTY MUTUAL INSURANCE COMPANY | BLOCH, LARY V. LIBERTY MUT INS | CV-00-0800215-S | Hartford | 50 | D |
| LIBERTY MUTUAL | YACONE, WILLIAM V. HTFD | | | | |

Party Name Inquiry

| | | | | | |
|---|---|---|---|---|---|
| INSURANCE COMPANY | INSURANCE CO | CV-00-0803152-S | Hartford | 51 | D |
| LIBERTY MUTUAL INSURANCE COMPANY | LIBERTY MUT INS V. RILEY, NORMAN | CV-00-0804456-S | Hartford | 01 | P |
| LIBERTY MUTUAL INSURANCE COMPANY | LIBERTY MUTUAL INS V. YOUNG, PERCILLIN | CV-01-0804387-S | Hartford | 01 | P |
| LIBERTY MUTUAL INSURANCE COMPANY | LIBERTY MUTUAL INS V. MATTHEWS, CHRISTOPHE | CV-01-0804990-S | Hartford | 01 | P |
| LIBERTY MUTUAL INSURANCE COMPANY | CONN STATE OF V. FRED BRUNOLI & SONS | CV-01-0808066-S | Hartford | 51 | D |
| LIBERTY MUTUAL INSURANCE COMPANY | LIBERTY MUTUAL V. ARTIOLI DODGE | CV-01-0808265-S | Hartford | 01 | P |
| LIBERTY MUTUAL INSURANCE COMPANY | LIBERTY MUTUAL INS. V. SCOTT, DEVON A. | CV-01-0808603-S | Hartford | 01 | P |
| LIBERTY MUTUAL INSURANCE COMPANY | ALFANO, FRANK V. EAGLE INSURANCE CO | CV-01-0810711-S | Hartford | 02 | P |
| LIBERTY MUTUAL INSURANCE COMPANY | LIBERTY MUTUAL INS V. VOLVO TRUCKS | CV-01-0812152-S | Hartford | 01 | P |
| LIBERTY MUTUAL INSURANCE COMPANY | ALL SEASONS LANDSCAP V. VIKING CONSTRUCTION | CV-01-0812770-S | Hartford | 51 | D |
| LIBERTY MUTUAL INSURANCE COMPANY | BONUOMO, NANCY V. LIBERTY MUTUAL | CV-02-0813913-S | Hartford | 50 | D |
| LIBERTY MUTUAL INSURANCE COMPANY | LIBERTY MUTUAL V. DRAKE, MARK | CV-02-0814754-S | Hartford | 01 | P |
| LIBERTY MUTUAL INSURANCE COMPANY | LAWSON, MADRIKA V. LIBERTY MUTUAL INS | CV-02-0815984-S | Hartford | 50 | D |
| LIBERTY MUTUAL INSURANCE COMPANY | LIBERTY MUTUAL INS V. WARD, MARK | CV-02-0816307-S | Hartford | 01 | P |
| LIBERTY MUTUAL INSURANCE COMPANY | LIBERTY MUTUAL INSUR V. COOPER,LADAWN Y | CV-94-0542110-S | Hartford | 01 | P |
| LIBERTY MUTUAL INSURANCE COMPANY | FRIEZ, SUSAN V. BANK OF BOSTON CONNE | CV-97-0568018-S | Hartford | 51 | D |
| LIBERTY MUTUAL INSURANCE COMPANY | ST GERMAIN, TARA V. LIBERTY MUTUAL INS | CV-98-0581394-S | Hartford | 50 | D |
| LIBERTY MUTUAL INSURANCE COMPANY | LIBERTY MUTUAL V. BROOKFIELD AUTO BODY | CV-99-0586000-S | Hartford | 01 | P |
| LIBERTY MUTUAL INSURANCE COMPANY | LIBERTY MUTUAL INS. V. EMMONS, FREDERICK | CV-99-0589580-S | Hartford | 01 | P |
| LIBERTY MUTUAL INSURANCE COMPANY | BROWN, MARVIN V. GENGENBACH,CHRISTOPH | CV-99-0591484-S | Hartford | 53 | D |
| LIBERTY MUTUAL INSURANCE COMPANY | MUSGRAVE, DONALD V. RELIANCE INSURANCE | CV-99-0594466-S | Hartford | 51 | D |
| LIBERTY MUTUAL INSURANCE COMPANY | LIBERTY MUTUAL INSUR V. BSULLAK,EDWARD | CV-01-0084806-S | Litchfield | 01 | P |
| LIBERTY MUTUAL INSURANCE COMPANY | LIBERTY MUTUAL INS V. LAWRENCE AND MEMORIA | CV-01-0094552-S | Middletown | 01 | P |
| LIBERTY MUTUAL INSURANCE COMPANY | TROSCO LLC V. HRH/ATLAS CONST | CV-01-0095136-S | Middletown | 51 | D |
| LIBERTY MUTUAL INSURANCE COMPANY | SARCIA, TINA V. CRUZ, ANGELA | CV-98-0086594-S | Middletown | 53 | D |
| LIBERTY MUTUAL INSURANCE COMPANY | RIBACK,JOHN V. LIBERTY MUTUAL INS. | CV-00-0503770-S | New Britain | 50 | D |
| LIBERTY MUTUAL INSURANCE COMPANY | LIBERTY MUTUAL INS. V. VENTURA,ENRIQUE | CV-00-0505303-S | New Britain | 01 | P |
| LIBERTY MUTUAL INSURANCE COMPANY | LIBERTY MUTUAL INS. V. RITENOUR,MARSHALL A. | CV-01-0510070-S | New Britain | 01 | P |
| LIBERTY MUTUAL INSURANCE COMPANY | MURPHY,JOANNA V. LIBERTY MUTUAL INS. | CV-01-0510561-S | New Britain | 50 | D |
| LIBERTY MUTUAL INSURANCE COMPANY | AUTO GLASS EXPRESS V. LIBERTY MUTUAL INS. | CV-01-0511421-S | New Britain | 50 | D |
| LIBERTY MUTUAL INSURANCE COMPANY | LIBERTY MUTUAL V. K-ASSOCIATES,LLC | CV-02-0514164-S | New Britain | 01 | P |
| LIBERTY MUTUAL INSURANCE COMPANY | FAG BEARINGS CORP. V. TRAVELERS PROPERTY | CV-97-0492092-S | New Britain | 51 | D |
| LIBERTY MUTUAL INSURANCE COMPANY | FITZGERALD,DONNA V. LIBERTY MUT INS | CV-00-0436693-S | New Haven | 50 | D |
| LIBERTY MUTUAL INSURANCE COMPANY | LIBERTY MUTUAL INS V. VEGA,ELBIN | CV-00-0439934-S | New Haven | 01 | P |
| LIBERTY MUTUAL INSURANCE COMPANY | CIFFERELLI,MICHAEL V. LIBERTY MUTUAL INS | CV-00-0441862-S | New Haven | 50 | D |

| | | | | | |
|---|---|---|---|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY | MCKEE,HEATHER V. LIBERTY MUTUAL INS | CV-00-0443605-S | New Haven | 50 | D |
| LIBERTY MUTUAL INSURANCE COMPANY | LUCAS,DELMIRA V. LIBERTY MUTUAL INS | CV-00-0444286-S | New Haven | 50 | D |
| LIBERTY MUTUAL INSURANCE COMPANY | LIBERTY MUTUAL INS V. MELENDEZ,ELIZABETH | CV-00-0445137-S | New Haven | 01 | P |
| LIBERTY MUTUAL INSURANCE COMPANY | LIBERTY MUTUAL INS V. EVANS,DENISE | CV-01-0446555-S | New Haven | 01 | P |
| LIBERTY MUTUAL INSURANCE COMPANY | DIGREGORIO,JOAN V. PROVIDENCE WASHINGT | CV-01-0448425-S | New Haven | 51 | D |
| LIBERTY MUTUAL INSURANCE COMPANY | LIBERTY MUTUAL INS V. COLONY CONSTRUCTION | CV-01-0449533-S | New Haven | 01 | P |
| LIBERTY MUTUAL INSURANCE COMPANY | PASCALE,GLORIA R V. REMBERT,WINFRED | CV-01-0451593-S | New Haven | 51 | D |
| LIBERTY MUTUAL INSURANCE COMPANY | LIBERTY MUTUAL INS V. GRAHAM,CAROLYN M | CV-01-0456380-S | New Haven | 01 | P |
| LIBERTY MUTUAL INSURANCE COMPANY | CZAHUR,JAMES V. KOELLER,NORMAN | CV-01-0456412-S | New Haven | 51 | D |
| LIBERTY MUTUAL INSURANCE COMPANY | PUNCH, COLLEEN J. V. INSUR.CO NO.AMERICA | CV-97-0400524-S | New Haven | 51 | D |
| LIBERTY MUTUAL INSURANCE COMPANY | LIBERTY MUTUAL INS V. D J KING INCORPORAT | CV-98-0414808-S | New Haven | 01 | P |
| LIBERTY MUTUAL INSURANCE COMPANY | LIBERTY MUTUAL INS V. PRECISION MECH SVC | CV-98-0415019-S | New Haven | 01 | P |
| LIBERTY MUTUAL INSURANCE COMPANY | ANDERSON,SVETLANA V. LIBERTY MUTUAL INS | CV-98-0415225-S | New Haven | 50 | D |
| LIBERTY MUTUAL INSURANCE COMPANY | THOMAS,NAKIA V. LIBERTY MUTUAL INS | CV-98-0417606-S | New Haven | 50 | D |
| LIBERTY MUTUAL INSURANCE COMPANY | LIBERTY MUTUAL INS V. HUTCHINSON,THOMAS | CV-98-0418715-S | New Haven | 01 | P |
| LIBERTY MUTUAL INSURANCE COMPANY | SLOSEK,JOHN P V. LIBERTY MUTUAL INS | CV-99-0428315-S | New Haven | 50 | D |
| LIBERTY MUTUAL INSURANCE COMPANY | LIBERTY MUTUAL INS. V. CUSTOM CARRIER, INC. | CV-99-0431088-S | New Haven | 01 | P |
| LIBERTY MUTUAL INSURANCE COMPANY | LIBERTY MUTUAL INS. V. MARICCO-EASON,KIM. | CV-99-0432510-S | New Haven | 01 | P |
| LIBERTY MUTUAL INSURANCE COMPANY | TANGUAY,RONALD V. TRAVELERS INS.CO. | CV-00-0554023-S | New London | 51 | D |
| LIBERTY MUTUAL INSURANCE COMPANY | LIBERTY MUTUAL INS. V. H. ROCKS STONE SUPPL | CV-02-0562085-S | New London | 01 | P |
| LIBERTY MUTUAL INSURANCE COMPANY | LIBERTY MUTUAL V. THIBEAULT,JAMES | CV-99-0550886-S | New London | 01 | P |
| LIBERTY MUTUAL INSURANCE COMPANY | LIBERTY MUTUAL V. HENDERSON, TERRANCE | CV-01-0076904-S | Rockville | 01 | P |
| LIBERTY MUTUAL INSURANCE COMPANY | BERLIN STEEL CONSTR. V. LIBERTY MUTUAL INS. | CV-02-0078038-S | Rockville | 50 | D |
| LIBERTY MUTUAL INSURANCE COMPANY | ADORNO, HELENA V. POLYMER RESOURCES | CV-92-0072151-S | Rockville | 59 | D |
| LIBERTY MUTUAL INSURANCE COMPANY | BLAZYS,TAMMY V. LIBERTY MUTUAL INS | CV-00-0157380-S | Waterbury | 50 | D |
| LIBERTY MUTUAL INSURANCE COMPANY | LIBERTY MUTUAL INSUR V. POULTON, DAVID | CV-00-0159530-S | Waterbury | 01 | P |
| LIBERTY MUTUAL INSURANCE COMPANY | BIERCEVICZ, CORRINE V. LIBERTY MUTUAL INSUR | CV-00-0160988-S | Waterbury | 50 | D |
| LIBERTY MUTUAL INSURANCE COMPANY | DRYWALL ASSOCIATES I V. AMERICAN HOME ASSURA | CV-00-0163209-S | Waterbury | 51 | D |
| LIBERTY MUTUAL INSURANCE COMPANY | CASEY, KEVIN V. LIBERTY MUTUAL INSUR | CV-01-0165435-S | Waterbury | 50 | D |
| LIBERTY MUTUAL INSURANCE COMPANY | DIRECTOR-COMMERCIAL V. AMERICAN HOME ASSURA | CV-01-0165654-S | Waterbury | 51 | D |
| LIBERTY MUTUAL INSURANCE COMPANY | SEMROW, NORMAN V. LIBERTY MUTUAL INS. | CV-01-0167979-S | Waterbury | 50 | D |
| LIBERTY MUTUAL INSURANCE COMPANY | BERNIER,ROBERT V. LIBERTY MUTUAL INS | CV-01-0168268-S | Waterbury | 50 | D |
| LIBERTY MUTUAL INSURANCE COMPANY | LIBERTY MUTUAL INS. V. BARTO, CHARLES | CV-01-0168289-S | Waterbury | 01 | P |
| LIBERTY MUTUAL INSURANCE COMPANY | SARRACCO MECHANICAL V. WORTH CONSTRUCTION | CV-02-0169371-S | Waterbury | 51 | D |
| LIBERTY MUTUAL INSURANCE COMPANY | LORANCAITIS,SANDRA V. LIBERTY MUTUAL INSUR | CV-88-0086796-S | Waterbury | 50 | D |

Party Name Inquiry

| | | | | | |
|---|---|---|---|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY | LIBERTY MUTUAL INS. V. ALMEIDA,MICHAEL | CV-93-0113772-S | Waterbury | 01 | P |
| LIBERTY MUTUAL INSURANCE COMPANY | LIBERTY MUTUAL V. RACINE,PHILLIPPE | CV-98-0144319-S | Waterbury | 01 | P |
| LIBERTY MUTUAL INSURANCE COMPANY | LIBERTY MUTUAL INS V. DUMONT,ROLAND | CV-98-0147273-S | Waterbury | 01 | P |
| LIBERTY MUTUAL INSURANCE COMPANY | QUADRATO,WALTER V. REED,JACOB | CV-99-0150313-S | Waterbury | 56 | D |
| LIBERTY MUTUAL INSURANCE COMPANY | RANAUDO,JOSEPH V. LIBERTY MUTUAL INS | CV-99-0151322-S | Waterbury | 50 | D |
| LIBERTY MUTUAL INSURANCE COMPANY | LIBERTY MUTUAL INS V. PIRULLI,LEONARDO | CV-99-0152453-S | Waterbury | 01 | P |
| LIBERTY MUTUAL INSURANCE COMPANY | LIBERTY MUTUAL V. GOODMAN,WILLIAM | CV-99-0155815-S | Waterbury | 01 | P |
| LIBERTY MUTUAL INSURANCE COMPANY | LIBERTY MUTUAL INS V. BOLAND,THOMAS | CV-99-0156181-S | Waterbury | 01 | P |
| LIBERTY MUTUAL INSURANCE COMPANY | CURRY,MARGO V. LIBERTY MUTUAL INS | CV-99-0156182-S | Waterbury | 50 | D |
| LIBERTY MUTUAL INSURANCE COMPNAY | LIBERTY MUTUAL INSUR V. CHAVES,HATUS A. | CV-01-0342632-S | Danbury | 01 | P |
| LIBERTY MUTUAL INSURANCE CONPANY | LIBERTY MUTUAL INS V. MCCOY,WILLIAM J III | CV-01-0456291-S | New Haven | 01 | P |
| LIBERTY MUTUAL INSURANCE GROUP | LIBERTY MUTUAL V. COLP, RONALD L JR. | CV-96-0072331-S | Litchfield | 01 | P |
| LIBERTY MUTUAL INSURANCE GROUP | LIBERTY MUTUAL INS V. KRL BUILDERS INC | CV-01-0077327-S | Rockville | 01 | P |
| LIBERTY MUTUAL INSURANCE GROUP | SPUROSKY,MICHAEL V. BIGOS,MARK | CV-00-0157455-S | Waterbury | 51 | D |

News and Updates | Supreme and Appellate Courts | Superior Court Probate
Court | Judicial Branch Directory | Yesterday and Today
Kids' Stuff | Frequently Asked Questions





 

Home > Office Locator > Office Locator Results

## Office Locator Results

L.VP
Federal Bar
# 06706



**1) ISLANDIA, NY**
2950 EXPRESSWAY DRIVE SOUTH
SUITE 100
ISLANDIA, NY 11749
26 miles
OFFERING: Auto, Home & Life Sales, Auto and Home Claims
CONTACT: **Direct:** 631-232-3500 **Toll Free:** 800-445-0446 **Fax:** 631-232-6946
Local Map > Driving Directions > Agent Office >

**2) WALLINGFORD, CT**
101 BARNES ROAD
LIBERTY PLAZA
WALLINGFORD, CT 06492
29 miles
OFFERING: Auto, Home & Life Sales, Business Sales, Group Benefit Sales, National Sales, A
Claims
CONTACT: **Direct:** 203-294-1505 **Toll Free:** 800-458-3749 **Fax:** 203-294-0674
Local Map > Driving Directions > Agent Office >

**3) ELMSFORD, NY-PERS MKT**
80 GRASSLANDS ROAD
ELMSFORD, NY 10523
32 miles
OFFERING: Auto, Home & Life Sales, Auto and Home Claims
CONTACT: **Direct:** 914-785-0180 **Toll Free:** 800-486-6189 **Fax:** 914-785-0010
Local Map > Driving Directions > Agent Office >

**4) TARRYTOWN, NY-COMM MKTS**
520 WHITE PLAINS ROAD
TARRYTOWN, NY 10591

Liberty Mutual - Office Locator Results

 

Liberty Home |                          | Contact Us | Site Ma

 Auto, Home, & Life Insurance     Business Insurance    International Operations    About Liberty

Home >  Office Locator >  Office Locator Results

## Office Locator Results



**6) LYNBROOK, NY**
444 MERRICK ROAD
LYNBROOK, NY 11563
44 miles
OFFERING: Auto, Home & Life Sales, Business Sales, National Claims
CONTACT: **Direct:** 516-593-8200   **Toll Free:** 800-441-0122
**Local Map >    Driving Directions >    Agent Office >**

**7) GLASTONBURY, CT**
20 WESTERN BOULEVARD
GLASTONBURY, CT 06033
49 miles
OFFERING: Auto, Home & Life Sales, Business Sales, National Sales, National Claims
CONTACT: **Direct:** 860-659-4111   **Toll Free:** 800-245-5558   **Fax:** 860-657-4574
**Local Map >    Driving Directions >    Agent Office >**

**8) SADDLE BROOK, NJ**
PARK EIGHTY PLAZA EAST
SADDLE BROOK, NJ 07663
50 miles
OFFERING: Auto, Home & Life Sales, Auto and Home Claims
CONTACT: **Direct:** 201-845-4300   **Toll Free:** 800-746-7430   **Fax:** 201-845-6746
**Local Map >    Driving Directions >    Agent Office >**

**9) EAST HANOVER, NJ**
100 EAGLE ROCK AVENUE
EAST HANOVER, NJ 07936
64 miles
OFFERING: Auto, Home & Life Sales, Business Sales, National Sales, Business Claims, Natic
Business Loss Prevention