

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 MAR 12 P 4: 03

U.S. DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| ANTONIO DeOLIVIERA, | |
| Plaintiff, | |
| v. | CASE NO. 3:02CV893(RNC) |
| LIBERTY MUTUAL INSURANCE, CO., | |
| Defendant. | |

## ORDER

During a status conference held on July 12, 2002, the court denied the motion to remand without prejudice and stayed the case for 30 days pending a report from plaintiff's counsel. By letter dated August 12, 2002, defendant's counsel informed this court that both parties had separately requested Superior Court Judge Elizabeth Gallagher to conduct a conference with respect to the Superior Court's reference of certain issues for appellate advice and with regard to the anticipated arbitration. No further information has been provided by counsel.

Accordingly, it is hereby ordered that counsel of record shall file a joint status report on or before April 11, 2003.

So ordered.

Dated at Hartford, Connecticut this 12 day of March, 2003.

_____
Robert N. Chatigny
United States District Judge

RECEIVED

MAR 14 '03

DAY, BERRY & HOWARD