UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTONIO DEOLIVEIRA, | : |
| | : |
| Plaintiff, | :   NO. 3:02CV893(MRK) |
| | : |
| v. | : |
| | : |
| LIBERTY MUTUAL INSURANCE CO. | : |
| | : |
| Defendant. | : |

## ORDER

Pursuant to the Federal Arbitration Act, 9 U.S.C. § 3, the Joint Motion for Stay [doc. #27] is hereby GRANTED. No further proceedings shall take place in this case pending the outcome of the certification of issues to the Connecticut Supreme Court and the results of the parties' arbitration. Following transmittal of the Court's Certification Order to the Connecticut Supreme court and pending the outcome of both the certification/reservation and arbitration contemplated by the parties' Case Management Agreement, the Clerk is directed to administratively close this file subject to reopening upon completion of the certification/reservation process and the parties' arbitration.

IT IS SO ORDERED.

/s/   Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: December 31, 2003.