


FIL

## STATE OF CONNECTICUT 2005 MAY ?

### SUPREME COURT
### APPELLATE COURT

MICHÈLE T. ANGERS
CHIEF CLERK
(860) 757-2200

PAUL S. HARTAN
DEPUTY CHIEF CLERK
(860) 757-2249

231 CAPITOL AVENUE
HARTFORD, CT 06106

TEL. (860) 757-2200
FAX (860) 757-2217

May 19, 2005

The Honorable Kevin F. Rowe
Clerk, United States District Court
District of Connecticut
United States Courthouse
450 Main Street
Hartford, CT 06103

      Re:    Antonio DeOliveira v. Liberty Mutual Ins. Co.
              3:02-cv-00893 MRK
              SC 17132

Dear Attorney Rowe:

    I am pleased to forward, pursuant to P.B. § 82-7, a copy of the opinion of the Supreme Court in response to the questions certified by the United States District Court for the District of Connecticut.

                              Very truly yours,

                              Michèle T. Angers
                              Chief Clerk

encl.

cc: (w/out encl.)
Laurence V. Parnoff
Day, Berry & Howard
The Gallagher Law Firm

| Carl D. Cicchetti | L. Jeanne Dullea | Alan M. Gannuscio | Cynthia M. Gworek | Susan C. Reeve | Carolyn C. Ziogas |
|---|---|---|---|---|---|
| Assistant Clerk | Assistant Clerk | Assistant Clerk | Assistant Clerk | Assistant Clerk | Assistant Clerk |
| 860-757-2223 | 860-757-2144 | 860-757-2242 | 860-757-2149 | 860-757-2224 | 860-757-2153 |