UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANTONIO DEOLIVEIRA, | : | |
| | : | |
| Plaintiff, | : | NO. 3:02CV893(MRK) |
| | : | |
| v. | : | |
| | : | |
| LIBERTY MUTUAL INSURANCE CO. | : | |
| | : | |
| Defendant. | : | |

## ORDER

The parties are directed to file a brief, on or before **June 30, 2005**, setting forth their respective views on the proper disposition of this case in light of the Connecticut Supreme Court's decision in *DeOliveira v. Liberty Mut. Ins. Co.*, 273 Conn. 487 (2005).

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Court

**Dated at New Haven, Connecticut: May 27, 2005**.