UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

ANTONIO DE OLIVEIRA

2005 JUN -9 P 2: 21   CASE NO.: 3:02CV893(MRK)

VS.

U.S. DISTRICT COURT

LIBERTY MUTUAL INSURANCE CO.   JUNE 8, 2005

BRIEF REGARDING THE PROPER DISPOSITION OF CASE

This case will now be withdrawn by the plaintiff:

1. the Connecticut Supreme Court having rendered its negative decision regarding the Fourth Count of the Complaint;

2. the parties hereto being subject to an Order of the Connecticut Superior Court to Arbitrate the issues in the multiple count Complaint in the pending State Court case; and

3. the parties hereto having agreed to submit the issues in this case to the same arbitration, subject only to the Defendant's submission to the Supreme Court the issue raised in the Fourth Count of the Complaint by the following question: "Does Connecticut law recognize a cause of action against an insurer for bad faith processing of a workers' compensation claim?"

As a result of the Connecticut Supreme Court having answered that question in the negative, the Fourth Count of the Complaint is eliminated, leaving the Plaintiff with the remaining counts of his Complaint subject to the Connecticut Superior Court order to be resolved by arbitration in the pending arbitration (both parties have named arbitrators, leaving only the neutral to be chosen).

I hereby certify that a copy of the foregoing has been sent today to Day, Berry & Howard One City Place, Hartford, CT 06103-3499 BY FAX ONLY TO: (860) 275-0343
_____ Attorney

THE PLAINTIFF BY:
BY:_____
Laurence V. Parnoff, Fed Bar #: 06706
1566 Park Ave Bridgeport, 06604-2502
Tel.: 203-336-1861; Fax 203-377-3267