UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANTONIO DEOLIVEIRA, | : | DOCKET NO. 3:02 CV 893(MRK) |
| Plaintiff, | : | |
| VS. | : | |
| LIBERTY MUTUAL INSURANCE CO. | : | |
| Defendant. | : | JUNE 9, 2005 |

## DEFENDANT'S MOTION TO DISMISS OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and the Court's order of May 31, 2005, the defendant, Liberty Mutual Insurance Company ("Liberty Mutual") respectfully requests that the Court dismiss this action in its entirety. Alternatively, pursuant to Rule 56, defendant respectfully requests that the Court enter summary judgment in its favor.

On May 3, 2005, the Connecticut Supreme Court, in a ruling that "is the culmination of fifteen years of litigation," concluded that the Workers' Compensation Act exclusively governs all "damages actions for injuries . . . arising out of and in the course of the workers' compensation process." *DeOliveira v. Liberty Mut. Ins. Co.*, 273 Conn. 487, 489, 503-4, 870 A.2d 1066 (2005). Pursuant to the Connecticut Supreme Court's ruling, the plaintiff's entire complaint must be dismissed for failure to state a valid claim.

For the foregoing reasons, and those set forth in the accompanying memorandum of law, the defendant respectfully requests dismissal with prejudice of the plaintiff's complaint in its entirety or, alternatively, that the Court enter a summary judgment in defendant's favor.

- 2 -

                                            DEFENDANT,
                                            LIBERTY MUTUAL INSURANCE CO.

                            By_____
                                    Daniel L. FitzMaurice (ct 05331)
                                    Michelle I. Turner (ct24012)
                                    Day, Berry & Howard LLP
                                    CityPlace I
                                    Hartford, CT 06103-3499
                                    (860) 275-0100
                                    Its Attorneys

## **CERTIFICATION**

      This is to certify that on this date a copy of the foregoing was mailed, first class postage prepaid, to:

Laurence V. Parnoff, Esq.
1566 Park Avenue
Bridgeport, CT 06604

                                      _____
                                        Daniel L. FitzMaurice