UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANTONIO DEOLIVEIRA, | : | DOCKET NO. 3:02cv893(MRK) |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| LIBERTY MUTUAL INSURANCE CO. | : | |
| | : | |
| Defendant. | : | SEPTEMBER 19, 2005 |

**DEFENDANT LIBERTY MUTUAL INSURANCE COMPANY'S STATUS REPORT**

In accordance with the Court's Order of June 14, 2005, Liberty Mutual hereby files this status report on the progress of the parties' arbitration.[1]

**A.     PROCEDURAL HISTORY**

As the Court is aware, this lawsuit was filed, on April 25, 2002, while a similar case ("*DeOliveira II*") was pending in the Bridgeport Superior Court. On May 3, 2005, the Connecticut Supreme Court rendered a decision pursuant to this Court's certification of certain issues of state law and the Superior Court's reservation of the same issues. *DeOliveira v. Liberty Mut. Ins. Co.*, 273 Conn. 487, 870 A.2d 1066 (2005). Following that decision, the parties are in disagreement over whether any of plaintiff's claims survived the Supreme Court's ruling. During a telephonic conference on June 14, 2005, this Court directed the parties to present their disagreement to the arbitration panel. *DeOliveira II* remains pending, although subject to the Court's direction that it be withdrawn in lieu of the arbitration. (*See infra*, note 1.)

---

[1] The Court ordered that the parties submit a joint status report. The undersigned emailed a draft of this status report to plaintiff's counsel on September 15, 2005, and the same draft was faxed to him on September 16, 2005. After some initial discussion of his requested edits on September 16, 2005, plaintiff's counsel did not get back to the undersigned with his final comments in time for filing of this report, and he failed to provide defense counsel with his signature page.

B.  **STATUS REPORT**

After this Court's order directing the parties to proceed to arbitration, Liberty Mutual's party-arbiter, James Pomeranz, proposed to the plaintiff's party-arbiter, Lawrence Merly, three candidates to serve as the umpire. Mr. Merly subsequently sent Mr. Pomeranz a letter proposing seven other candidates. The party-arbiters could not agree on any of these candidates. Meanwhile, during the course of a June 30, 2005 pretrial conference at the Bridgeport Superior Court in *DeOliveira II*, Judge Hiller ordered the plaintiff to file a motion to appoint a neutral arbitrator if the parties could not reach agreement by July 14, 2005. The plaintiff filed his Motion to Appoint Neutral Arbitrator on July 7, 2005, and the defendant similarly filed a Motion to Appoint Neutral Arbitrator on July 22, 2005. At a hearing held on August 29, 2005, Judge Hiller appointed Attorney William H. Clendenen of New Haven to serve as the umpire.[2] Mr. Clendenen subsequently accepted that appointment. He has scheduled a telephonic conference with the parties and party-arbiters for September 20, 2005. Liberty Mutual anticipates that a briefing and hearing schedule will be established during the September 20, 2005 conference call. Accordingly, the arbitration is proceeding as this Court directed.

---

[2] *DeOliveira II* was docketed for jury selection on September 9, 2005, but the Superior Court removed the case from the calendar upon learning that Mr. Clendenen had accepted his appointment. The Superior Court has since directed plaintiff's counsel to withdraw *DeOliveira II*.

DEFENDANT,
LIBERTY MUTUAL INSURANCE CO.

By _____
Daniel L. FitzMaurice (ct05331)
dlfitzmaurice@dbh.com
Michelle I. Turner (ct24012)
miturner@dbh.com
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499
(860) 275-0100
Its Attorneys

**CERTIFICATION**

This is to certify that on this date a copy of the foregoing was mailed, first class postage prepaid, to:

Laurence V. Parnoff, Esq.
Laurence V. Parnoff, P.C.
3392 Huntington Road
Stratford, CT 06614

_____
Michelle I. Turner

-3-