UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANTONIO DEOLIVEIRA, | : | CIVIL ACTION NO. 3:02cv893(MRK) |
| Plaintiff, | : | |
| v. | : | |
| LIBERTY MUTUAL INSURANCE COMPANY | : | |
| Defendant. | : | May 25, 2006 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Civil Rules of the United States District Court for the District of Connecticut, the undersigned counsel respectfully moves this Court to withdraw the appearance of **MICHELLE I. TURNER** in the above-captioned matter on behalf of the defendant. Other counsel from Day, Berry & Howard have entered an appearance for this defendant and will continue to represent defendant.

The undersigned hereby certifies that she has given Liberty Mutual Insurance Company actual notice of this motion by certified mail.

DEFENDANT,
LIBERTY MUTUAL INSURANCE CO.


By_____
Michelle I. Turner (ct24012)
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499
(860) 275-0100
Its Attorneys

## **CERTIFICATION**

      This is to certify that on this date a copy of the foregoing was mailed, first class postage prepaid, to:

Laurence V. Parnoff, Esq.
1566 Park Avenue
Bridgeport, CT 06604

_____
Michelle I. Turner