UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTONIO DEOLIVEIRA, | : CIVIL ACTION NO. 3:02cv893(MRK) |
| Plaintiff, | : |
| v. | : |
| LIBERTY MUTUAL INSURANCE COMPANY | : |
| Defendant. | : June 16, 2006 |

## JOINT STATUS REPORT

Pursuant to the Court's order of June 1, 2006, the parties respectfully submit this "joint written status report regarding the progress of the arbitration and the status of this case." Order (Dkt. # 44, June 1, 2006) (Kravitz, J.). This report updates the parties' status report of December 14, 2005 (Dkt. # 42).

As the Court is aware, this case (the "Federal Action") is a parallel suit to an earlier action filed in the Connecticut Superior Court for the District of Fairfield at Bridgeport, entitled *Antonio DeOliveira v. Liberty Mutual Insurance Company*, Docket No. CV-96-0329390-S (the "State Action"). The parties have agreed to "submit all issues that have previously been raised in either the State Action or the Federal Action to binding arbitration . . . ." (Case Management Order, ¶ 1.) As reflected in the parties' Joint Status Report from December 2005, the arbitrators consist of Attorney William Clendenen, umpire, and Attorneys Lawrence Merly and James Pomeranz, as the respective party-arbiters.

The arbitrators and parties met at Attorney Clendenen's offices on May 24, 2006. As a result of that meeting, the plaintiff will submit to the arbitrators a further statement of claim and any additional legal authority on issues identified by the Panel; Liberty Mutual will submit a response to plaintiff's submission and will address an additional issue identified by the Panel.

After reviewing these submissions, the arbitrators will determine how the arbitration will proceed.

As for the status of this case, the parties understand that it remains administratively closed pending completion of the arbitration.

Respectfully submitted,

| PLAINTIFF, ANTONIO DEOLIVEIRA | DEFENDANT, LIBERTY MUTUAL INSURANCE CO. |
|---|---|
| By_____<br>Laurence V. Parnoff, Esq. (ct06706)<br>3392 Huntington Rd.<br>Stratford, CT 06614<br>(203)336-1861<br>His Attorney | By_____<br>Daniel L. FitzMaurice (ct 05331)<br>Day, Berry & Howard LLP<br>CityPlace I<br>Hartford, CT 06103-3499<br>(860) 275-0100<br>Its Attorneys |

## CERTIFICATION

This is to certify that on this date a copy of the foregoing was mailed, first class postage prepaid, to:

Laurence V. Parnoff, Esq.
3392 Huntington Rd.
Stratford, CT 06614

_____
Daniel L. FitzMaurice