UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTONIO DEOLIVEIRA, | : CIVIL ACTION NO. 3:02cv893(MRK) |
| Plaintiff, | : |
| v. | : |
| LIBERTY MUTUAL INSURANCE COMPANY | : |
| Defendant. | : December 11, 2006 |

## **JOINT STATUS REPORT**

Pursuant to the Court's order of July 14, 2006, the parties respectfully submit this "joint written status report regarding the progress of the arbitration and the status of this case." Order (Dkt. # 47, July 14, 2006) (Kravitz, M.). This report updates the parties' status report of June 30, 2006 (Dkt. # 46).

As the Court is aware, this case (the "Federal Action") is a parallel suit to an earlier action filed in the Connecticut Superior Court for the District of Fairfield at Bridgeport, entitled *Antonio DeOliveira v. Liberty Mutual Insurance Company*, Docket No. CV-96-0329390-S (the "State Action'). The parties have agreed to "submit all issues that have previously been raised in either the State Action or the Federal Action to binding arbitration . . . ." (Case Management Order, ¶ 1.) As reflected in the parties' Joint Status Report from June 30, 2006, the arbitrators consist of Attorney William Clendenen, umpire, and Attorneys Lawrence Merly and James Pomeranz, as the respective party-arbiters.

As for the status of this case, the matter remains pending before the Panel of three arbitrators. The Panel is scheduled to meet on December 20, 2006 to deliberate over Liberty Mutual's dispositive motion.

Respectfully submitted,

| | |
|---|---|
| PLAINTIFF, ANTONIO DEOLIVEIRA | DEFENDANT, <br> LIBERTY MUTUAL INSURANCE CO. |
| By____/s/ Laurence V. Parnoff_____ <br>     Laurence V. Parnoff, Esq. (ct06706) <br>     3392 Huntington Rd. <br>     Stratford, CT 06614 <br>     (203)336-1861 <br> His Attorney | By__/s/ Daniel L. FitzMaurice_____. <br>     Daniel L. FitzMaurice (ct 05331) <br>     Day, Berry & Howard LLP <br>     CityPlace I <br>     Hartford, CT 06103-3499 <br>     (860) 275-0100 <br>     Its Attorneys |

## **CERTIFICATION**

    This is to certify that on this date a copy of the foregoing was mailed, first class postage prepaid, to:

Laurence V. Parnoff, Esq.
3392 Huntington Rd.
Stratford, CT 06614

    ___/s/Daniel L. FitzMaurice_____
    Daniel L. FitzMaurice